# EXHIBIT B

**Patent Claims Analysis**

**of**

**US9280689: "Method and apparatus for conducting offline commerce transactions"**

**against**

**Starbucks**

# US9280689B2

United States

Inventor          Marvin T. Ling

Current Assignee  Individual

Worldwide applications

2011  WO  ~~EP~~  US

| PCT/US11/47862 | Claims priority from a provisional application | 61/385,022 | 09/21/2010 |
|---|---|---|---|

Total patentTerm Adjustments

arrow_upward

101days

CLAIMS

1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising:

   (a) providing a personal code to a person for their use to purchase goods;

   (b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode;

   (c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor;

   (d) establishing a User Account in a User Vendor Management Server corresponding to said personal code;

   (e) depositing funds in said User Account to establish a credit limit;

   (f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server;

   (g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server;

   (h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server;

   (i) forwarding the approval signal to the vendor cash register; and

   (i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising: | *Starbucks* has a method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register.<br><br><br><https://www.starbucks.com/> |



| | | |
|---|---|---|
| | | **Dictionary**<br><br>Definitions from Oxford Languages · Learn more<br><br>🔊 **trans·ac·tion**<br>/tranˈzakSHən,tran(t)ˈsakSHən/<br><br>*noun*<br>noun: **transaction**; plural noun: **transactions**<br><br>an instance of buying or selling something; a business deal.<br>"in an ordinary commercial transaction a delivery date is essential"<br>Similar: deal   business   agreement   undertaking   affair   arrangement ⌄<br><br>• the action of conducting business.<br>Similar: negotiation   conduct   conducting   carrying out   performance ⌄<br>• an exchange or interaction between people.<br>"intellectual transactions in the classroom"<br>• published reports of proceedings at the meetings of a learned society.<br>Similar: proceedings   affairs   concerns   dealings   matters   activities ⌄<br>• an input message to a computer system that must be dealt with as a single unit of work.<br><br><https://www.google.com/search?q=transaction+define> @ 2025 |
| 1.1 | (a) providing a personal code to a person for their use to purchase goods; | *(a) providing a **personal code ["MK3G-GB11-GEP3-8T7E"]** to a person for their use to **purchase goods ["purchase"]**.*<br><br>***Example:*** *Starbucks gives a person a special code or card (called "MK3G-GB11-GEP3-8T7E") that the person can then use to make purchases.*<br><br>***personal code***<br><br>***MK3G-GB11-GEP3-8T7E*** |



*<https://www.wikihow.com/Use-the-Starbucks-Card-Mobile-App>*

***purchase goods***

If you use a credit or debit card to <u>purchase</u> or reload your Starbucks Card, prior to charging your credit or debit card, an authorization process will occur for the amount of your purchase or reload transaction ("Transaction"). The authorization process will validate the credit or debit card number, status, available credit or funds and billing information to ensure that it matches what the bank or card company has on file. Your bank or Starbucks may attempt to contact you for additional information prior to authorizing the Transaction amount.

*<https://www.starbucks.com/terms/manage-gift-cards/>*

| 1.2 | (b) converting said personal code into barcode format to | *(b) converting said **personal code** **["MK3G-GB11-GEP3-8T7E"]** into barcode format to form a **User ID Barcode** **[SEE IMAGE of barcode]**, said **User ID Barcode** **[SEE IMAGE*** |

| | | |
|---|---|---|
| form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode; | *of barcode]* corresponding to said **personal code ["MK3G-GB11-GEP3-8T7E"]** and including at least one **special character** *[DIFFERENT CODES, "M"]* to distinguish the barcode as a **User ID Barcode** *[SEE IMAGE of barcode]* from a **product barcode** *[SEE IMAGE of barcode]*.<br><br>***Example:*** *Starbucks takes that code ("MK3G-GB11-GEP3-8T7E") and turns it into a barcode that works as a* **User ID Barcode**. *This barcode is linked to the original code but also contains at least one* **extra marker (M)** *so that it can be told apart from a regular product barcode.* | |
| | **personal code**<br><br>***MK3G-GB11-GEP3-8T7E***<br><br><br><br><*https://www.wikihow.com/Use-the-Starbucks-Card-Mobile-App*> | |

*User ID Barcode*



<*https://www.wikihow.com/Use-the-Starbucks-Card-Mobile-App*>

*special character*

**_MK3G-GB11-GEP3-8T7E_**

<*https://www.wikihow.com/Use-the-Starbucks-Card-Mobile-App*>

*product barcode*

 

<*https://www.walmart.com/ip/Starbucks-Iced-Coffee-Unsweetened-Medium-Roast-48-fl-oz/37402740*>

| 1.3 | (c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor; | *(c) storing said **personal code ["MK3G-GB11-GEP3-8T7E"]** in said **User ID Barcode [SEE IMAGE of barcode]** format by said person for use to **purchase goods ["purchase"]** and storing said **personal code ["MK3G-GB11-GEP3-8T7E"]** in a **User Vendor Management Server ["servers owned by Starbucks"]** to permit purchases to be made at a vendor.*<br><br>***Example:*** *Starbucks lets the person keep that code ("MK3G-GB11-GEP3-8T7E") in its **User ID Barcode format** so they can use it to make purchases. At the same time, Starbucks also keeps a copy of the code on its own servers, so that when the person buys something at a store, the system can recognize and approve the purchase.* |
| | | ***personal code***<br><br>***MK3G-GB11-GEP3-8T7E*** |



<https://www.wikihow.com/Use-the-Starbucks-Card-Mobile-App>

*User ID Barcode*



<*https://www.wikihow.com/Use-the-Starbucks-Card-Mobile-App*>

***purchase goods***

If you use a credit or debit card to <u>purchase</u> or reload your Starbucks Card, prior to charging your credit or debit card, an authorization process will occur for the amount of your purchase or reload transaction ("Transaction"). The authorization process will validate the credit or debit card number, status, available credit or funds and billing information to ensure that it matches what the bank or card company has on file. Your bank or Starbucks may attempt to contact you for additional information prior to authorizing the Transaction amount.

<*https://www.starbucks.com/terms/manage-gift-cards/*>

***User Vendor Management Server***

| | | |
|---|---|---|
| | | The personal information that you provide us is stored and processed on <u>servers owned by Starbucks</u> and other companies in the United States, Canada or elsewhere around the world, including locations outside of the country or jurisdiction where you are located. Regardless of the company or person who processes your information and where it is processed, we will take steps to transfer and protect your information through appropriate safeguards in accordance with applicable data protection laws and this Notice. If you are a resident of the EEA, the U.K., and Switzerland, please find more information in "Additional Disclosures for Data Subjects in the EEA, the U.K., and Switzerland" below.<br><br>*<https://www.starbucks.com/terms/privacy-notice/>* |
| 1.4 | (d) establishing a User Account in a User Vendor Management Server corresponding to said personal code; | *(d) establishing a **User Account** **["Starbucks account"]** in a **User Vendor Management Server** **["servers owned by Starbucks"]** corresponding to said **personal code** **["MK3G-GB11-GEP3-8T7E"]**.*<br><br>***Example:*** *Starbucks creates an account on its own servers that is linked to the person's code ("MK3G-GB11-GEP3-8T7E").*<br><br>**User Account**<br>To discontinue the automatic reload feature, you must log–in to your <u>Starbucks account</u> at **https://www.starbucks.com/card** or call 1–800–STARBUC at least twenty–four (24) hours before the next scheduled reload. Once the dollar value is loaded, the Transaction cannot be reversed.<br><br>*<https://www.starbucks.com/terms/manage-gift-cards/>*<br><br>**User Vendor Management Server** |

The personal information that you provide us is stored and processed on servers owned by Starbucks and other companies in the United States, Canada or elsewhere around the world, including locations outside of the country or jurisdiction where you are located. Regardless of the company or person who processes your information and where it is processed, we will take steps to transfer and protect your information through appropriate safeguards in accordance with applicable data protection laws and this Notice. If you are a resident of the EEA, the U.K., and Switzerland, please find more information in "Additional Disclosures for Data Subjects in the EEA, the U.K., and Switzerland" below.

<*https://www.starbucks.com/terms/privacy-notice/*>

*personal code*

**MK3G-GB11-GEP3-8T7E**



<https://www.wikihow.com/Use-the-Starbucks-Card-Mobile-App>

| 1.5 | (e) depositing funds in said User Account to establish a credit limit; | (e) **depositing funds** *["reload your Starbucks Card"]* *in said* **User Account** *["Starbucks account"] to establish a* **credit limit** *["available credit or funds"].*

**Example:** *Starbucks lets the person add money to their Starbucks Card through their account, so that the card has credit or funds available to spend.* |
| | | **User Account**
To discontinue the automatic reload feature, you must log-in to your Starbucks account at **https://www.starbucks.com/card** or call 1–800–STARBUC at least twenty–four (24) hours before the next scheduled reload. Once the dollar value is loaded, the Transaction cannot be reversed.
<https://www.starbucks.com/terms/manage-gift-cards/> |

|  |  |  |  |
|---|---|---|---|
|  |  | ***depositing funds*** |  |
|  |  | If you use a credit or debit card to purchase or <u>reload your Starbucks Card</u>, prior to charging your credit or debit card, an authorization process will occur for the amount of your purchase or reload transaction ("Transaction"). The authorization process will validate the credit or debit card number, status, available credit or funds and billing information to ensure that it matches what the bank or card company has on file. Your bank or Starbucks may attempt to contact you for additional information prior to authorizing the Transaction amount. |  |
|  |  | <*https://www.starbucks.com/terms/manage-gift-cards/*> |  |
|  |  | ***credit limit*** |  |
|  |  | If you use a credit or debit card to purchase or reload your Starbucks Card, prior to charging your credit or debit card, an authorization process will occur for the amount of your purchase or reload transaction ("Transaction"). The authorization process will validate the credit or debit card number, status, <u>available credit or funds</u> and billing information to ensure that it matches what the bank or card company has on file. Your bank or Starbucks may attempt to contact you for additional information prior to authorizing the Transaction amount. |  |
|  |  | <*https://www.starbucks.com/terms/manage-gift-cards/*> |  |
| 1.6 | (f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server; | *(f) conducting purchases at vendors each having a* **vendor server** **["servers owned by Starbucks"]** *wherein each purchase includes scanning* **product barcode** **[SEE IMAGE of barcode]**s *including product price* **["purchase price"]** *and said* **User ID Barcode** **[SEE IMAGE of barcode]** *with a* **product barcode** **[SEE IMAGE of barcode]** **scanner** **[SEE IMAGE of scanner]** *at the* **vendor cash register** **["point-of-sale register"]** *and transmitting both* **product barcode** **[SEE IMAGE of barcode]**s *and* **User ID Barcode** **[SEE IMAGE of barcode]** *to said* **vendor server** **["servers owned by Starbucks"]**.<br><br>**Example:** *When someone buys something at a store that uses Starbucks' system, the cashier scans both the product barcode (with the price) and the person's User ID Barcode. Both pieces of information are then sent to Starbucks' servers to process the purchase.* |  |
|  |  | ***product price*** |  |

Some Starbucks Cards are also merchandise or are bundled with merchandise, such that the purchase price of the bundled item is equal to the dollar value loaded onto the Starbucks Card plus the retail value of the merchandise component. Although the Starbucks Card component and the merchandise component must be purchased together for such items, to the extent that the components are separable, we may in our sole discretion allow returns of the merchandise component if you choose to keep only the Starbucks Card. In cases where the merchandise component is inseparable from the Starbucks Card, we may in our sole discretion allow you to return the item by issuing you a refund for the value of the merchandise component and a replacement Starbucks Card loaded with the original value of the Starbucks Card component. In either case, the requirements for returning the merchandise component are the same as the requirements for returns of other merchandise unless otherwise specified by us during your purchase of that merchandise.

<*https://www.starbucks.com/terms/manage-gift-cards/*>

**User ID Barcode**



<https://www.wikihow.com/Use-the-Starbucks-Card-Mobile-App>

*product barcode*



*<https://www.walmart.com/ip/Starbucks-Iced-Coffee-Unsweetened-Medium-Roast-48-fl-oz/37402740>*

**scanner**



Credit: Starbucks

*<https://coffeeatthree.com/starbucks-rewards/>*

**vendor cash register**

| | | |
|---|---|---|
| | | When you use your Starbucks Card, we will provide a receipt if you request one. The receipt will indicate that the purchase was made using a Starbucks Card and will provide the remaining balance of your Starbucks Card. Please check your online Transaction history regularly to ensure that your Transaction history and account balance are correct. You can check the balance of your Starbucks Card at **https://www.starbucks.com/card** and review recent Transactions on your Starbucks Card at **https://app.starbucks.com/cards**. The account balance for a Starbucks Card also will appear on your receipt from a point-of-sale register. We will not send you statements of activity on your Starbucks Card.<br><br>*<https://www.starbucks.com/terms/manage-gift-cards/>* |
| 1.7 | (g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server; | *(g) detecting the* **User ID Barcode** **[SEE IMAGE of barcode]** *at the* **vendor server** **["servers owned by Starbucks"]** *and forwarding the ID Barcode and* **purchase price** **["purchase price"]** *to said* **User Vendor Management Server** **["servers owned by Starbucks"]**.<br><br>***Example:*** *Starbucks' servers recognize the User ID Barcode when it is received and then record both the barcode and the purchase price in Starbucks' system.* |
| | | ***User ID Barcode*** |



<*https://www.wikihow.com/Use-the-Starbucks-Card-Mobile-App*>

*purchase price*

| | | |
|---|---|---|
| | | Some Starbucks Cards are also merchandise or are bundled with merchandise, such that the <u>purchase price</u> of the bundled item is equal to the dollar value loaded onto the Starbucks Card plus the retail value of the merchandise component. Although the Starbucks Card component and the merchandise component must be purchased together for such items, to the extent the components are separable, we may in our sole discretion allow returns of the merchandise component if you choose to keep only the Starbucks Card. In cases where the merchandise component is inseparable from the Starbucks Card, we may in our sole discretion allow you to return the item by issuing you a refund for the value of the merchandise component and a replacement Starbucks Card loaded with the original value of the Starbucks Card component. In either case, the requirements for returning the merchandise component are the same as the requirements for returns of other merchandise unless otherwise specified by us during your purchase of that merchandise.<br><br>*<https://www.starbucks.com/terms/manage-gift-cards/>* |
| | | ***User Vendor Management Server***<br><br>The personal information that you provide us is stored and processed on <u>servers owned by Starbucks</u> and other companies in the United States, Canada or elsewhere around the world, including locations outside of the country or jurisdiction where you are located. Regardless of the company or person who processes your information and where it is processed, we will take steps to transfer and protect your information through appropriate safeguards in accordance with applicable data protection laws and this Notice. If you are a resident of the EEA, the U.K., and Switzerland, please find more information in "Additional Disclosures for Data Subjects in the EEA, the U.K., and Switzerland" below.<br><br>*<https://www.starbucks.com/terms/privacy-notice/>* |
| 1.8 | (h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an | *(h) comparing the **purchase price** ["purchase price"] with the funds in said **User Vendor Management Server** ["servers owned by Starbucks"] to determine if there are available funds within the **credit limit** ["available credit or funds"] in the **User Vendor Management Server** ["servers owned by Starbucks"] account, and if there are, sending an **approval signal** ["authorizing the Transaction amount"] to the **vendor server** ["servers owned by Starbucks"].*<br><br>***Example:*** *Starbucks' servers check whether the person's account has enough money to cover the purchase price. If there is enough money, the servers approve the transaction* |

| | |
|---|---|
| approval signal to the vendor server; | *amount.* |

**purchase price**

Some Starbucks Cards are also merchandise or are bundled with merchandise, such that the purchase price of the bundled item is equal to the dollar value loaded onto the Starbucks Card plus the retail value of the merchandise component. Although the Starbucks Card component and the merchandise component must be purchased together for such items, to the extent that the components are separable, we may in our sole discretion allow returns of the merchandise component if you choose to keep only the Starbucks Card. In cases where the merchandise component is inseparable from the Starbucks Card, we may in our sole discretion allow you to return the item by issuing you a refund for the value of the merchandise component and a replacement Starbucks Card loaded with the original value of the Starbucks Card component. In either case, the requirements for returning the merchandise component are the same as the requirements for returns of other merchandise unless otherwise specified by us during your purchase of that merchandise.

<*https://www.starbucks.com/terms/manage-gift-cards/*>

**User Vendor Management Server**

The personal information that you provide us is stored and processed on servers owned by Starbucks and other companies in the United States, Canada or elsewhere around the world, including locations outside of the country or jurisdiction where you are located. Regardless of the company or person who processes your information and where it is processed, we will take steps to transfer and protect your information through appropriate safeguards in accordance with applicable data protection laws and this Notice. If you are a resident of the EEA, the U.K., and Switzerland, please find more information in "Additional Disclosures for Data Subjects in the EEA, the U.K., and Switzerland" below.

<*https://www.starbucks.com/terms/privacy-notice/*>

**credit limit**

| | | |
|---|---|---|
| | | If you use a credit or debit card to purchase or reload your Starbucks Card, prior to charging your credit or debit card, an authorization process will occur for the amount of your purchase or reload transaction ("Transaction"). The authorization process will validate the credit or debit card number, status, <u>available credit or funds</u> and billing information to ensure that it matches what the bank or card company has on file. Your bank or Starbucks may attempt to contact you for additional information prior to authorizing the Transaction amount.<br><br><*https://www.starbucks.com/terms/manage-gift-cards/*> |
| | | ***approval signal***<br>If you use a credit or debit card to purchase or reload your Starbucks Card, prior to charging your credit or debit card, an authorization process will occur for the amount of your purchase or reload transaction ("Transaction"). The authorization process will validate the credit or debit card number, status, available credit or funds and billing information to ensure that it matches what the bank or card company has on file. Your bank or Starbucks may attempt to contact you for additional information prior to <u>authorizing the Transaction amount.</u><br><br><*https://www.starbucks.com/terms/manage-gift-cards/*> |
| 1.9 | (i) forwarding the approval signal to the vendor cash register; and | *(i) forwarding the* **approval signal** **["authorizing the Transaction amount"]** *to the* **vendor cash register** **["point-of-sale register"].**<br><br>**Example:** *Starbucks' servers send the purchase approval back to the cash register at the store.* |
| | | ***approval signal***<br>If you use a credit or debit card to purchase or reload your Starbucks Card, prior to charging your credit or debit card, an authorization process will occur for the amount of your purchase or reload transaction ("Transaction"). The authorization process will validate the credit or debit card number, status, available credit or funds and billing information to ensure that it matches what the bank or card company has on file. Your bank or Starbucks may attempt to contact you for additional information prior to <u>authorizing the Transaction amount.</u><br><br><*https://www.starbucks.com/terms/manage-gift-cards/*> |
| | | ***vendor cash register*** |

| | | |
|---|---|---|
| | | When you use your Starbucks Card, we will provide a receipt if you request one. The receipt will indicate that the purchase was made using a Starbucks Card and will provide the remaining balance of your Starbucks Card. Please check your online Transaction history regularly to ensure that your Transaction history and account balance are correct. You can check the balance of your Starbucks Card at **https://www.starbucks.com/card** and review recent Transactions on your Starbucks Card at **https://app.starbucks.com/cards**. The account balance for a Starbucks Card also will appear on your receipt from a point-of-sale register. We will not send you statements of activity on your Starbucks Card.<br><br>*<https://www.starbucks.com/terms/manage-gift-cards/>* |
| 1.10 | (i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode. | *(i) repeating steps (f) through (i) for subsequent* **purchase transactions** *["transaction"] using said* **User ID Barcode** *[SEE IMAGE of barcode].*<br><br>**Example:** *Starbucks repeats the same process (scanning the product and User ID Barcode, checking funds, and approving the payment) for each new purchase made with that User ID Barcode.* |
| | | ***purchase transactions***<br>If you use a credit or debit card to purchase or reload your Starbucks Card, prior to charging your credit or debit card, an authorization process will occur for the amount of your purchase or reload transaction ("Transaction"). The authorization process will validate the credit or debit card number, status, available credit or funds and billing information to ensure that it matches what the bank or card company has on file. Your bank or Starbucks may attempt to contact you for additional information prior to authorizing the Transaction amount.<br><br>*<https://www.starbucks.com/terms/manage-gift-cards/>* |
| | | ***User ID Barcode*** |



<*https://www.wikihow.com/Use-the-Starbucks-Card-Mobile-App*>

- ***PRODUCT/SERVICE = "Starbucks"***

- ***approval signal = "authorizing the Transaction amount"***
- ***credit limit = "available credit or funds"***
- ***depositing funds = "reload your Starbucks Card"***
- ***personal code = "MK3G-GB11-GEP3-8T7E"***
- ***product barcode = SEE IMAGE of barcode***
- ***product price = "purchase price"***
- ***purchase goods = "purchase"***
- ***purchase price = "purchase price"***
- ***purchase transactions = "transaction"***
- ***scanner = SEE IMAGE of scanner***
- ***special character = DIFFERENT CODES, "M"***
- ***User Account = "Starbucks account"***
- ***User ID Barcode = SEE IMAGE of barcode***

| | | <ul><li>***User Vendor Management Server = "servers owned by Starbucks"***</li><li>***vendor cash register = "point-of-sale register"***</li><li>***vendor server = "servers owned by Starbucks"***</li></ul> |
|---|---|---|