# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>    Plaintiff, | Civil Action No. 2:25-cv-01058 |
| v. | |
| **STARBUCKS CORPORATION,**<br>    Defendant | JURY TRIAL DEMANDED |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Wolverine Barcode IP, LLC, ("Plaintiff") discloses that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of any stock.  Plaintiff shows as follows:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Wolverine Barcode IP, LLC
2. Ramey LLP

DATED: October 22, 2025                Respectfully submitted,

**Ramey LLP**

By: */s/ William P. Ramey, III*
    William P. Ramey, III
    Texas Bar No. 24027643
    5020 Montrose Blvd., Suite 800
    Houston, Texas 77006
    (713) 426-3923 (telephone)
    (832) 900-4941 (fax)
    wramey@rameyfirm.com

***Attorneys for Wolverine Barcode IP, LLC***