AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| WOLVERINE BARCODE IP, LLC, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:25-CV-01058-JRG |
| STARBUCKS CORPORATION, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Starbucks Corporation                                                                                      .

Date:     11/24/2025

/s/ Jeanne M. Gills
*Attorney's signature*

Jeanne M. Gills IL 6225018
*Printed name and bar number*
Foley & Lardner LLP
321 North Clark Street
Suite 3000
Chicago, IL 60654

*Address*

jmgills@foley.com
*E-mail address*

(312) 832-4853
*Telephone number*

(312) 832-4700
*FAX number*