EDTX UAET (04-2024)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

WOLVERINE BARCODE IP, LLC

Plaintiff

v.                                                                                          Civ. No. 2:25-cv-01058-JRG

STARBUCKS CORPORATION

Defendant

### UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension:  Starbucks Corporation

Date Party's answer was previously due:  12/05/2025

Date Party's answer is now due (must not exceed 45 days after original due date):  01/20/2026

Date: 11/24/2025

/s/ Jeanne M. Gills
Full Name: Jeanne M. Gills
State Bar No.: 6225018 (IL)
Address: Foley & Lardner LLP
          321 North Clark Street
          Suite 3000
          Chicago, IL 60654

Phone: 312-832-4853
Fax: 312-832-4700
Email: jmgills@foley.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)