AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| WOLVERINE BARCODE IP, LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-CV-01058-JRG |
| STARBUCKS CORPORATION, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Starbucks Corporation .

Date: 11/24/2025

/s/ Justin M. Sobaje
*Attorney's signature*

Justin M. Sobaje, CA 234165
*Printed name and bar number*
Foley & Lardner LLP
555 South Flower Street
Suite 3300
Los Angeles, CA 90071
*Address*

jsobaje@foley.com
*E-mail address*

(213) 972-4500
*Telephone number*

(213) 486-0065
*FAX number*