IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP, LLC,<br>    Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION,<br>    Defendant | Civil Action No. 2:25-cv-01058-JRG<br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, Wolverine Barcode IP, LLC, files this notice of voluntary dismissal of this action for all of Plaintiff's claims as defendant has not answered or filed a motion for summary judgment.  The dismissal of Plaintiff's claims shall be WITHOUT PREJUDICE as to the asserted patent.  Each party shall bear its own costs, expenses and attorneys' fees.

 Dated:  January 8, 2026

                                              Respectfully submitted,

                                              */s/ William P. Ramey, III*
                                              William P. Ramey, III
                                              Texas Bar No. 24027643
                                              **Ramey LLP**
                                              5020 Montrose Blvd., Suite 800
                                              Houston, Texas 77006
                                              (713) 426-3923
                                              wramey@rameyfirm.com

                                              ***Attorneys for Wolverine Barcode IP, LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that January 8, 2026, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ William P. Ramey, III*
William P. Ramey, III
